*Albert G. Vasko,* corporation counsel, and *Peter C. Herbst,* in opposition.

Decided October 16, 1997

## CONNECTICUT RESOURCES RECOVERY AUTHORITY *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF TORRINGTON ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 46 Conn. App. 563 (AC 16529), is denied.

*Douglas A. Cho,* in support of the petition.

*Albert G. Vasko,* corporation counsel, and *Peter C. Herbst,* in opposition.

Decided October 16, 1997

## CUMBERLAND FARMS, INC. *v.* TOWN OF GROTON

The plaintiff's petition for certification for appeal from the Appellate Court, 46 Conn. App. 514 (AC 16735), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the plaintiff's claim for inverse condemnation was not ripe for review and, therefore, was properly dismissed by the trial court?"

The Supreme Court docket number is SC 15797.

*Michael A. Zizka,* in support of the petition.

*James F. Brennan, Jr.,* in opposition.

Decided October 16, 1997